harmful procedural error by a preponderance of the evidence. 5 C.F.R. § 1201.56 ("The appellant has the burden of proof, by a preponderance of the evidence, with respect to ... (c) affirmative defenses.").

### CONCLUSION

We have considered Weathersbee's remaining arguments, but find them unpersuasive. For the foregoing reasons, the decision of the Board is affirmed.

**AFFIRMED**

## JUDGMENT

Per Curiam (Lourie, Taranto, and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**UTILITY ASSOCIATES, INC., Appellant**

v.

**DIGITAL ALLY, INC., Appellee**

**2016-1626**

United States Court of Appeals, Federal Circuit.

January 13, 2017

**Gayle M. PETERSEN, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent**

**2016-1690**

United States Court of Appeals, Federal Circuit.

January 13, 2017

STEPHEN M. SCHAETZEL, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for appellant. Also represented by DAVID S. MORELAND.

JENNIFER C. BAILEY, Erise IP, P.A., Overland Park, KS, argued for appellee. Also represented by ADAM PRESCOTT SEITZ.

WENDELL C. ROBINSON, Law Offices of Wendell C. Robinson, Washington, DC, argued for petitioner.

KATRINA LEDERER, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.